UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America,</u>
        Plaintiff

                v.

                                                Case No.  09-cr-152-01-SM

<u>Robert Steuk.</u>
        Defendant

### O R D E R

Defendant Steuk's  motion to continue the final pretrial conference and trial
is granted  (document no. 11).  Trial has been rescheduled for the month of
March 2010.  Defendant Steuk shall file a waiver of speedy trial rights not later
than November 9, 2009.  On the filing of such waiver, his continuance shall be
effective.

The Court finds that the ends of justice served by granting a continuance
outweigh the best interest of the public and the defendant in a speedy trial,
18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would
unreasonably deny the defendant the reasonable time necessary for effective

preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference  is rescheduled for March 5, 2010  at 11:00 a.m. in  Room 421.

Jury selection will take place on March 16, 2010  at 9:30 a.m.

SO ORDERED.

Steven J. McAuliffe
Chief Judge

October 28, 2009

cc:   Mark Sisti, Esq.
      Debra Walsh, AUSA
      Donald Feith, AUSA
      U.S. Marshal
      U.S. Probation