UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America,
    Plaintiff

      v.

                        Case No. 09-cr-152-01-SM

Robert Steuk.
    Defendant

## O R D E R

Defendant Steuk's motion to continue the final pretrial conference and trial is granted (document no. 14). Trial has been rescheduled for the month of May 2010. Defendant Steuk shall file a waiver of speedy trial rights not later than March 1, 2010. On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective

preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is rescheduled for May 11, 2010 at 11:30 a.m. in Room 421.

Jury selection will take place on May 18, 2010 at 9:30 a.m.

SO ORDERED.

*Steven J. McAuliffe*
Chief Judge

February 18, 2010

cc:  Mark Sisti, Esq.
     Debra Walsh, AUSA
     Donald Feith, AUSA
     U.S. Marshal
     U.S. Probation