UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America,
        Plaintiff

            v.

                                    Case No.  09-cr-152-01-SM

Robert Steuk.
        Defendant

O R D E R

Defendant Steuk's  motion to continue the final pretrial conference and trial is granted  (document no. 17).  Trial has been rescheduled for the month of June  2010.  Defendant Steuk shall file a waiver of speedy trial rights not later than May 17, 2010.  On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective

preparation taking into account the exercise of due diligence under the circumstances.

Change of Plea Hearing or Final Pretrial Conference, if necessary, is rescheduled for June 14, 2010 at 1:30 p.m.

Jury selection, if necessary, will take place on June 15, 2010 at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

May 10, 2010

cc:  Mark Sisti, Esq.
     Debra Walsh, AUSA
     Donald Feith, AUSA
     U.S. Marshal
     U.S. Probation